UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

| | |
|---|---|
| **TERRANCE BROWN** | **CASE NO. 22-cv-133** |
| -vs- | **JUDGE DRELL** |
| **UNITED STATES of AMERICA, ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 11), noting the absence of objections thereto, concurring with the Magistrate Judge's findings under the applicable law; it is

ORDERED that the United States' Rule 12(b)(1) partial motion to dismiss (Doc. 8) is GRANTED and Terrance Brown's claims against Barnes under the Federal Tort Claims Act are DISMISSED WITHOUT PREJUDICE. It is further

ORDERED that Terrance Brown's demand for prejudgment interest is STRICKEN

THUS DONE AND SIGNED at Alexandria, Louisiana this 29th day of December 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT